Mike Arias (CSB #115385)
Mikael H. Stahle (CSB #182599)
**ARIAS SANGUINETTI STAHLE & TORRIJOS LLP**
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168
mike@asstlawyers.com
mikael@asstlawyers.com

Attorneys for Plaintiffs
NICHOLAS RAZO and KATHLEEN KOEHN

Mark D. Campbell (CSB #180528)
Rachel A. Straus (CSB #268836)
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
mcampbell@sidley.com
rstraus@sidley.com

Attorneys for Defendants
ASHLEY FURNITURE INDUSTRIES, INC.
and ASHLEY HOMESTORES, LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS RAZO, an individual, on behalf of himself and all others similarly situated; KATHLEEN KOEHN, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation; ASHLEY HOMESTORES, LTD., a Wisconsin corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. CV 16-02911 MWF (MRWx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom: 1600<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STIPULATION RE: DISMISSAL** |

COME NOW Plaintiffs Nicholas Razo and Kathleen Koehn ("Plaintiffs") and Defendants Ashley Furniture Industries, Inc. and Ashley HomeStores, Ltd. ("Defendants") (collectively, the "Parties") through their attorneys of record, and hereby agree and stipulate as follows:

WHEREAS, on May 12, 2016, the Parties in the related action entitled *Alvarez, et al. v. Ashley Furniture Industries, Inc., et al.*, USDC Case No. CV 16-00630 MWF (MRWx) ("*Alvarez* Action") filed a stipulation to add Plaintiffs as named plaintiffs in the *Alvarez* Action and to dismiss the instant action without prejudice ("*Alvarez* Stipulation") (*Alvarez* Dkt # 26);

WHEREAS, on May 16, 2016, the Court approved the *Alvarez* Stipulation and ordered Plaintiffs to cause the instant action to be dismissed without prejudice within five (5) court days after the filing of the Second Amended Complaint in the *Alvarez* Action (*Alvarez* Dkt # 27), which Second Amended Complaint was filed on the same day (*Alvarez* Dkt # 28);

THEREFORE, the Parties STIPULATE AND AGREE that the instant action shall be dismissed without prejudice, with each Party to bear his/her/its own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: May 23, 2016          **ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP**

By: */s/ Mikael H. Stahle*
MIKE ARIAS
MIKAEL H. STAHLE

Attorneys for Plaintiffs

///
///

CV 16-02911 MWF (MRWx)

**JOINT STIPULATION RE: DISMISSAL**

| | |
|---|---|
| Dated: May 23, 2016 | **SIDLEY AUSTIN LLP** |
| | By: */s/ Mark D. Campbell* |
| | MARK D. CAMPBELL |
| | RACHEL A. STRAUS |
| | Attorneys for Defendants |

### SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 23, 2016

By: */s/ Mikael H. Stahle*
MIKAEL H. STAHLE